**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO  80294
(303) 844-6118
John_L_Kane@cod.uscourts.gov

**JOHN L. KANE**
SENIOR JUDGE

# M E M O R A N D U M

**TO:**       Greg Langham, Clerk
             Attn: Kathy Triplett

**FROM:**     Judge John L. Kane

**DATE:**     April 20, 2011

**RE:**       Criminal Action No. **11-cr-163-JLK**

     Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.