**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Criminal Action No. 11-cr-00163-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     SIR ALEXANDER NEAL

     Defendant.

---

## PROTECTIVE ORDER

---

This matter comes before the Court on Interested Party Denver Police Department's Motion to Quash the Defendant's Subpoenas.  The Court has reviewed the Motion, applicable law and all relevant materials to now ORDER as follows:

Following a hearing and *in camera* review, the Court concluded that certain records subpoenaed by Defendant are relevant.  The records will be released pursuant to this Protective Order.  Once released:

    a.    Counsel for the parties are allowed to inspect, but not to copy, any documents released to them;

    b.    In the event the Court orders or allows any copies to be made, that all copies be returned to the Court at the conclusion of the case to be retained in a sealed file as part of the Court file;

    c.    Access to any material ordered to be provided to the parties is restricted to counsel;

d.      Release of any information contained in the filed to be produced is to be used solely for the purpose of this case;

e.      The Court shall retain jurisdiction for purposes of enforcing compliance with the Protective Order issued in this case and that any violation may subject the offending party to sanctions;

f.      It shall be the responsibility of counsel of record to ensure that their client be apprised of the Protective Order in this case and that they understand the terms of said Order prior to any disclosure of the documents or information contained in the files to be produced; and

g.      The DPD Civil Liberty Bureau shall redact any irrelevant or sensitive information, such as Social Security numbers, addresses, and telephone number before any documents are released to Defendant.

Dated this 24th day of August, 2011.

BY THE COURT:

William J. Martínez
United States District Judge

-2-