IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 11-cr-00163-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SIR ALEXANDER NEAL,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

    IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective exhibits from the suppression hearing, held August 26, 2011, and August 30, 2011, until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

    DATED at Denver, Colorado this _30_ day of August 2011.

BY THE COURT:

_____
William J. Martínez, Judge

_____
Attorney for Government

_____
Attorney for Defendant