**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cr-00163-WJM

UNITED STATES OF AMERICA,

v.

1. SIR ALEXANDER NEAL

---

**ORDER GRANTING EX PARTE ORDER FOR
ISSUANCE OF A SUBPOENA DUCES TECUM**

---

This matter comes before the Court on the Defendant's Ex Parte Motion for Issuance of a Subpoena Duces Tecum filed September 26, 2011 (ECF No. 59). Pursuant to Rule 17(b) and (c) of the Rules of Criminal Procedure the Court hereby ORDERS as follows:

1. The said Motion is GRANTED.

2. A subpoena duces tecum shall issue to:

   Custodian of Records
   Civil Liabilities Department
   Denver Police Department
   1331 Cherokee Street, #504
   Denver, CO 80204

3. Personnel records for Officer Paul F. Von Feldt, #P97003 shall be provided and shall include any and all records of work history and training, complaints against the individual officer, disciplinary actions, both pending and already adjudicated, notes, records and reports, and commendations.

4. The return date for the subpoena is October 7, 2011 at 9:00 a.m.

5. This Order shall be published to the Government via the CM/ECF system.

Dated this 27th day of September, 2011.

BY THE COURT:

William J. Martínez
United States District Judge