IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 11-cr-00163-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SIR ALEXANDER NEAL,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the jury trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this ____ day of October 2011.

BY THE COURT:

William J. Martínez, Judge

_____        _____
Attorney for Government        Attorney for Defendant