**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 11-cr-00163-WJM-1
(Civil Action No.14-cv-001071-WJM)

UNITED STATES OF AMERICA,

v.

SIR ALEXANDER NEAL,

    Movant.

---

**ORDER**

---

    After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

    ORDERED that the United States Attorney on or before May 9, 2014, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

    Dated this 16th day of April, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge