**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01071-WJM
Criminal Case No. 11-cr-00163-WJM

UNITED STATES OF AMERICA,

     Petitioner,

v.

SIR ALEXANDER NEAL,

     Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER Denying Defendant's Motion to Vacate, Set Aside or

Correct Sentence Pursuant to 28 U.S.C. § 2255 of entered on September 10, 2014 it is

ORDERED that the Application for Writ of *Habeas Corpus* Pursuant to 28 U.S.C.

§ 2255 [147] filed 9/10/2014, is denied.

Dated at Denver, Colorado this 11th day of September, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ E. Van Alphen

Deputy Clerk